# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

## No. ACM 39211

————————————

### UNITED STATES
*Appellee*

v.

### Bryce J. FLANDERS
Technical Sergeant (E-6), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary
Decided 12 June 2018

————————————

*Military Judge:* Marvin W. Tubbs II (trial); Joseph S. Imburgia (post-trial 39(a) session).

*Approved sentence:* Dishonorable discharge, confinement for 19 years and 9 months, and reduction to E-1. Sentence adjudged 9 June 2016 by GCM convened at Mountain Home Air Force Base, Idaho.

*For Appellant:* Lieutenant Colonel R. Davis Younts, USAF; Major Patricia Encarnación Miranda, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF; Major Mary Ellen Payne, USAF; Gerald R. Bruce, Esquire.

Before JOHNSON, MINK, and DENNIS, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court